Kevin T. Simon   SBN 180967
SIMON & RESNIK, LLP
Attorneys at Law
15233 Ventura Blvd., Ste. 300
Sherman Oaks, CA 91403
Phone (818) 783-6251
Facsimile (818) 783-6253


Attorney for Debtors,
Paul Bartschi
Sarah Bartschi

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In Re:

PAUL BARTSCHI
SARAH BARTSCHI

                                  Debtors

CHAPTER   13
CASE NO.   9:11-bk-10815-RR

**MOTION TO ABANDON REAL PROPERTY; DECLARATION OF PAUL BARTSCHI IN SUPPORT THEREON**

Date:  NO HEARING REQUIRED
Time:
Ctrm:

**TO THE HONORABLE ROBIN RIBLET, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

**I.    STATEMENT OF FACTS**

Paul Bartschi and Sarah Bartschi (herein "Debtors") hereby seek to abandon Real Property located at 4664 Calle Brisa, Camarillo, CA 93012, in the within case as follows:

The Debtors filed the instant case on February 22, 2011. (See Declaration of Paul Bartschi ¶ 1.). The Debtors own real property located at 4664 Calle Brisa, Camarillo, CA 93012 (herein "Property."). (See Declaration of Paul Bartschi ¶ 2.) The Debtors do not claim an interest in the Property. However, the lender refuses to foreclose on the Property, resulting in the Debtors' being liable for the Property, including damage and/or injury to others. Accordingly, the Debtors seek to abandon Real Property upon the grounds that it is burdensome and of inconsequential value to their bankruptcy estate. (See Declaration of Paul Bartschi ¶ 3.).

## II. ARGUMENT

### A. THE PROPERTY IS BURDENSOME AND OF INCONSEQUENTIAL VALUE TO THE DEBTORS' BANKRUPTCY ESTATE.

Pursuant to Local Bankruptcy Rule 6007-1, "Notice of either an intent to abandon or motion to compel abandonment must (a) describe the property to be abandoned, including the address of the property, if applicable; (b) state the basis upon which the party seeking abandonment concludes that the property is burdensome to the estate or that it is of inconsequential value or benefit to the estate."

In the instant case, the Debtors do not claim an interest in the Property. However, the lender refuses to foreclose on the Property, resulting in the Debtors' being liable for the Property, including damage and/or injury to others. Accordingly, the Debtors seek to abandon Real Property upon the grounds that it is burdensome and of inconsequential value to their bankruptcy estate.

## III. CONCLUSION

Therefore, based on the foregoing statutory and decisional authority, it is respectfully requested that this court allow the Debtors to abandon Real Property located at 4664 Calle Brisa, Camarillo, CA 93012.

DATED: March 10, 2011

_____
Kevin T. Simon
Attorney for Debtors
Paul Bartschi
Sarah Bartschi

**DECLARATION OF PAUL BARTSCHI IN SUPPORT OF
MOTION TO ABANDON REAL PROPERTY**

I, Paul Bartschi , do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all the below statements.

1. I am the Debtor in the instant bankruptcy case, Case Number: 9:11-bk-10815-RR, which was filed on February 22, 2011.

2. I own Real Property located at 4664 Calle Brisa, Camarillo, CA 93012.

3. I do not claim an interest in the Property. My lender refuses to foreclose on the Property, resulting in my being liable for the Property, including damage and/or injury to others. Accordingly, the I seek to abandon Real Property upon the grounds that the Property is burdensome and of inconsequential value to my bankruptcy estate.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration is executed March 10, 2011, at Sherman Oaks, California.

Paul Bartschi

| In re: PAUL BARTSCHI & SARAH BARTSCHI | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 9:11-bk-10815-RR |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**15233 Ventura Blvd., Suite 300, Sherman Oaks, CA 91403.**

The foregoing document described **MOTION TO ABANDON REAL PROPERTY; DECLARATION OF PAUL BARTSCHI IN SUPPORT THEREON.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/10/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Elizabeth Rojas (ND):       cacb_ecf_nd@ch13wla.com
United States Trustee (ND): ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 3/10/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/10/11 | Andre Moradians | |
|---|---|---|
| Date | Type Name | Signature |

| In re:<br>PAUL BARTSCHI & SARAH BARTSCHI | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 9:11-bk-10815-RR |

Debtors
Paul Bartschi
Sarah Bartschi
1885 Santo Domingo
Camarillo, CA 93012

Creditor
Lawrence L. Matheney-Tax Collector
800 South Victoria Avenue
Ventura, CA 93009-1290

Creditor
US Bank, N.A.
3121 Michelson Drive
Suite 500
Irvine, CA 92612

Attorney for US Bank, N.A.
Prober & Raphael
PO Box 4365
Woodland Hills, CA 91365-4365