| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | |
|---|---|
| **Kevin T. Simon - SBN 180967**<br>**Simon & Resnik, LLP**<br>**15233 Ventura Blvd., Suite 300**<br>**Sherman Oaks, CA 91403**<br>**Telephone: (818) 783-6251**<br>**Facsimile:  (818) 783-6253**<br><br>☒ Attorney for<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>APR 05 2011<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY rust        DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER  13<br>CASE NUMBER: 9:11-bk-10815-RR |
| In re:<br><br>PAUL BARTSCHI<br>SARAH BARTSCHI<br><br>                                                                       Debtor(s). | (No Hearing Required) |

## ORDER ON:

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☒ **OTHER:  DEBTORS' MOTION TO ABANDON REAL PROPERTY**

Based on Debtors' Motion filed on   March 10, 2011,   as docket entry number      18     , it is ORDERED that Debtors' Motion is:

☒    GRANTED            ☐    DENIED

☐    GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐    GRANTED on the following conditions:

_____

###

DATED: April 5, 2011

*Robin Riblet*
United States Bankruptcy Judge

Order on Chapter 13 Debtor's Motion – *Page 2*  **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| PAUL BARTSCHI & SARAH BARTSCHI  Debtor(s). | CASE NUMBER: 9:11-bk-10815-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Simon & Resnik, LLP, 15233 Ventura Blvd., Suite 300, Sherman Oaks, CA  91403

A true and correct copy of the foregoing document described **ORDER ON DEBTORS' MOTION TO ABANDON REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___March 30, 2011___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on___March 30, 2011___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Robin L. Riblet:  1415 State Street, Courtroom 201, Santa Barbara, California 93101-2511

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 30, 2011 | Andre Moradians | /s/ Andre Moradians |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 3015-1.14**

Order on Chapter 13 Debtor's Motion – *Page 3*    F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| PAUL BARTSCHI & SARAH BARTSCHI<br>Debtor(s). | CASE NUMBER: 9:11-bk-10815-RR |

**ADDITIONAL SERVICE INFORMATION :**

**Debtors**
Paul Bartschi
Sarah Bartschi
1885 Santo Domingo
Camarillo, CA 93012

**Creditor**
Lawrence L. Matheney-Tax Collector
800 South Victoria Avenue
Ventura, CA 93009-1290

**Creditor**
US Bank, N.A.
3121 Michelson Drive
Suite 500
Irvine, CA 92612

**Attorney for US Bank, N.A.**
Prober & Raphael
PO Box 4365
Woodland Hills, CA  91365-4365

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of C alifornia.

*January 2009*    F 3015-1.14

| In re: | | CHAPTER 13 |
|---|---|---|
| PAUL BARTSCHI & SARAH BARTSCHI | Debtor(s). | CASE NUMBER: 9:11-bk-10815-RR |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **ORDER ON DEBTORS' MOTION TO ABANDON REAL PROPERTY**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 30, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Kevin T. Simon (Attorney for Debtor):     kevin@ktsimonlaw.com
Elizabeth F. Rojas (SV):                          cacb_ecf_sv@ch13wla.com
United States Trustee (SV):                    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtors:        Paul Bartschi & Sarah Bartschi
                     1885 Santo Domingo
                     Camarillo, CA 93012

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                       F 3015-1.14

Order on Chapter 13 Debtor's Motion – *Page 5*    **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| PAUL BARTSCHI & SARAH BARTSCHI<br>Debtor(s). | CASE NUMBER: 9:11bk-10815-RR |

**ADDITIONAL SERVICE INFORMATION :**

**Creditor**
Lawrence L. Matheney-Tax Collector
800 South Victoria Avenue
Ventura, CA 93009-1290

**Creditor**
US Bank, N.A.
3121 Michelson Drive
Suite 500
Irvine, CA 92612

**Attorney for US Bank, N.A.**
Prober & Raphael
PO Box 4365
Woodland Hills, CA  91365-4365

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.14**